UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IRA ZICHERMAN and BRENDA ZICHERMAN,   Docket No. 1:23-cv-02725-NGG-JRC

                          Plaintiffs,   **STIPULATION OF**
                                              **DISMISSAL WITH PREJUDICE**

                          -against-

STATE FARM FIRE AND CASUALTY COMPANY,

                          Defendant.

-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted by Plaintiffs, IRA ZICHERMAN and BRENDA ZICHERMAN, in this action be and the same hereby are dismissed, with prejudice, and without costs, attorneys' fees, expenses, or disbursements to any party pursuant to Fed. R. Civ. P. 41(a). A copy of this fully executed Stipulation shall have the same force and effect as an original.

Dated July 8, 2024

| | |
|---|---|
| LAW OFFICES OF JONATHAN E. NEUMAN | RIVKIN RADLER LLP |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| /s/ Jonathan E. Neuman | /s/ Laura J. Gindele |
| Jonathan E. Neuman | Laura J. Gindele (LG 4196) |
| 176-25 Union Turnpike, Suite 230 | 926 RXR Plaza |
| Fresh Meadows, New York 11366 | Uniondale, New York 11556 |
| (347) 450-6710 | (516) 357-3000 |
| | RR File No.: 20770-9353 |

SO ORDERED: **So Ordered.**
4869-7141-7277, v. 1

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 7/9/24